1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff
6  JARDINE GOUGIS

7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA

10 | JARDINE GOUGIS,                          | Case No.: 2:22-cv-08561 - AB (Ex)
11 |                                          |
12 |        Plaintiff,                        | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
13 |    vs.                                   |
14 | TYLER PLAZA PROPERTY, LLC; and           |
15 | DOES 1 to 10,                            |
16 |        Defendants.                       |
17
18         **PLEASE TAKE NOTICE** that Plaintiff JARDINE GOUGIS ("Plaintiff")
19 pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses
20 the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
21 which provides in relevant part:
22         (a) **Voluntary Dismissal.**
23             (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
24                   and any applicable federal statute, the plaintiff may dismiss an action
25                   without a court order by filing:
26             (i)   A notice of dismissal before the opposing party serves either an
27                   answer or a motion for summary judgment.
28

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment. Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED: January 19, 2024                **SO. CAL. EQUAL ACCESS GROUP**

8                                          By:   */s/ Jason J. Kim*
                                                 Jason J. Kim, Esq.
9                                                Attorneys for Plaintiff